```
                   UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

EZRA LAMOND STOKES                                             PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:18CV847TSL-RPM

WARDEN ARCHY B. LONGLEY, ET AL.                                DEFENDANT

## ORDER

This cause is before the court on the report and recommendation of United States Magistrate Judge Robert P. Myers entered on August 20, 2020, recommending that Stokes' complaint be dismissed for failure to exhaust. Plaintiff Ezra Lamond Stokes has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on August 20, 2020, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the complaint is dismissed for failure to exhaust.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 8th day of September, 2020.

                        /s/ Tom S. Lee_____
                        UNITED STATES DISTRICT JUDGE